IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| YUSELF KING, #172902, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:07-CV-1072-MEF |
| | ) [WO] |
| DONAL CAMPBELL, et al., | ) |
| | ) |
| Defendants. | ) |

# **ORDER**

The Magistrate Judge filed a Recommendation (Doc. #4) in this case to which no timely objections have been filed. After a review of the Recommendation, and after an independent review of the entire record, the Court believes that the Recommendation should be adopted. Accordingly, it is

ORDER, JUDGMENT and DECREE of the court that the Recommendation of the Magistrate Judge is ADOPTED and this case is DISMISSED without prejudice for failure of the Plaintiff to pay the initial partial filing fee in accordance with the provisions of 28 U.S.C. § 1915(b)(1)(A) as ordered by this Court.

DONE this the 29th day of January, 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE